IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| WHOLE WOMAN'S HEALTH, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) CIVIL ACTION<br>) |
| v. | )<br>) CASE NO. 1:16-cv-01300-SS |
| JOHN HELLERSTEDT, M.D., | )<br>)<br>) |
| Defendant. | ) |

**STIPULATION**

1. The parties to this action, through counsel, hereby agree and stipulate that the name, address, and any other identifying information regarding the "one facility in the entire state willing and able to provide cremation services for embryonic and fetal tissue from abortion clinics at a cost that is not an order of magnitude larger than their current special waste disposal costs," mentioned in Plaintiffs' Complaint at ¶ 71 (ECF No. 1), is "For Counsel Only" under the terms of the proposed Confidentiality and Protective Order today submitted in this case.

2. Upon request of the Court, Plaintiffs' counsel shall provide this information to the Court under seal.

3. Until such time, if any, as the Court grants the Confidentiality and Protective Order and so-orders the present Stipulation, the parties and their counsel shall abide by the terms of this Stipulation to the same extent as they would be bound to do had the Court granted the Confidentiality and Protective Order and entered the present Stipulation.

SO ORDERED this 29th day of December, 2016.

Sam Sparks
United States District Judge

Dated: December 28, 2016

Respectfully submitted,

| | |
|---|---|
| /s/ Patrick J. O'Connell | /s/ John S. Langley |
| Patrick J. O'Connell | John S. Langley |
| Texas Bar No. 15179900 | Assistant Attorney General |
| Jan Soifer | Texas Bar. No. 11919250 |
| Texas Bar No. 18824530 | |
| O'Connell & Soifer LLP | Craig M. Warner |
| 2525 Wallingwood, Bldg. 14 | Assistant Attorney General |
| Austin, Texas 78746 | Beth Klusmann |
| (512) 222-0444 | Assistant Solicitor General |
| poconnell@oconnellsoifer.com | Todd Lawrence Disher |
| jsoifer@oconnellsoifer.com | Special Counsel for Civil Litigation |
| | Office of the Attorney General |
| David Brown* | P.O. Box 12548 |
| Stephanie Toti | Austin, Texas 78711-2548 |
| Molly Duane* | (512) 936-7935 |
| Center for Reproductive Rights | john.langley@aog.texas.gov |
| 199 Water St. 22nd Floor | |
| New York, NY 10038 | Ken Paxton |
| (917) 637-3653 | Attorney General of Texas |
| dbrown@reprorights.org | Jeffrey C. Mateer |
| stoti@reprorights.org | First Assistant Attorney General |
| mduane@reprorights.org | Brantley Starr |
| | Deputy First Assistant Attorney General |
| J. Alexander Lawrence* | James E. Davis |
| Morrison & Foerster LLP | Deputy Attorney General for Civil Litigation |
| 250 W. 55th Street | Nichole Bunker-Henderson |
| New York, NY 10019 | Chief, Administrative Law Division |
| (212) 336-8638 | |
| alawrence@mofo.com | |

*Attorneys for Plaintiffs*
*Admitted *pro hac vice*