IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



WHOLE WOMAN'S HEALTH; BROOKSIDE
WOMEN'S MEDICAL CENTER PA d/b/a
Brookside Women's Health Center and Austin
Women's Health Center; DR. LENDOL L.
DAVIS; ALAMO CITY SURGERY CENTER
PLLC d/b/a Alamo Women's Reproductive
Services; and NOVA HEALTH SYSTEMS, INC.
d/b/a Reproductive Services,
     Plaintiffs,

-vs-                Case No. A-16-CA-1300-SS

JOHN HELLERSTEDT, M.D., Commissioner of
the Texas Department of State Health Services, in
his official capacity,
     Defendant.

## ORDER

BE IT REMEMBERED on this day the Court enters the following order:

  IT IS ORDERED that any documents the parties wish to file under seal must be accompanied by a motion to seal.

  IT IS ORDERED that the motions to file under seal must specifically and clearly identify the document the party wishes to file under seal so the document can be easily identified by reviewing the docket sheet. For example, motions entitled simply "Motion to File Under Seal" or "Declaration of John Doe" cause great confusion in the record because it is impossible to tell from the title of the motion what is being filed under seal.

Motions to file under seal whose titles do not specifically and particularly identify the motion to be filed under seal will not be permitted. This order supplements the protective order in this case.

SIGNED this the 29th day of December 2016.

_____
UNITED STATES DISTRICT JUDGE