# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| WHOLE WOMAN'S HEREBY; *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | CASE NO. 1:16-cv-01300-SS |
| JOHN HELLERSTEDT, M.D.; ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFFS' NOTICE OF CHANGES IN COUNSEL'S FIRM

On January 1, 2017, Jan Soifer, currently attorney-in-charge or lead counsel for Relator(s), will take office as Judge of the 345th District Court of Travis County, Texas. As a result, her last day with O'Connell & Soifer LLP will be December 31, 2016, after which the firm will be dissolved and Soifer will no longer represent Plaintiffs.

Effective January 1, 2017, Patrick J. O'Connell, currently of O'Connell & Soifer LLP, will form Law Offices of Patrick J. O'Connell PLLC. O'Connell has been and will continue to be counsel for Plaintiffs, and has the approval of Plaintiffs to continue to serve as local counsel.

As of January 1, 2017, Soifer should be removed as counsel in this case and communications should be sent to:

Patrick J. O'Connell
**LAW OFFICES OF PATRICK J. O'CONNELL PLLC**
2525 Wallingwood Dr., Bldg. 14
Austin, TX 78746
pat@pjofca.com
**(512) 222-0444 (main)**
**(512) 852-5918 (direct)**

1

Dated:  December 30, 2016.

Respectfully submitted,

*/s/ Patrick J. O'Connell*
Jan Soifer
Texas Bar No. 18824530
**Patrick J. O'Connell**
Texas Bar No. 15179900
O'CONNELL & SOIFER LLP
2525 Wallingwood Dr., Bldg. 14
Austin, TX 78746
(512) 583-0451 (JS phone)
(512) 852-5918 (PJO phone)
jsoifer@oconnellsoifer.com
poconnell@oconnellsoifer.com

**Stephanie Toti\***
**David P. Brown\***
Molly Duane\*
Center for Reproductive Rights
120 Wall Street, 14th Floor
New York, NY  10005
(917) 637-3684 (ST phone)
(917) 637-3659 (EB phone)
(917) 637-3784 (NLOB phone)
(971) 637-3666 (fax)
stoti@reprorights.org
dbrown@reprorights.org

**J. Alexander Lawrence\***
MORRISON & FOERSTER LLP
250 W. 55th Street
New York, NY 10019
(212) 336-8638
(212) 468-7900 (Fax)
alawrence@mofo.com

**\*Admitted Pro Hac Vice**

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2016, the foregoing was served on all counsel of record via the CM/ECF system.

                                                     */s/ Patrick J. O'Connell*_____
                                                     Patrick J. O'Connell