IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

WHOLE WOMAN'S HEALTH, BROOKSIDE
WOMEN'S MEDICAL CENTER PA d/b/a
Brookside Women's Health Center and Austin
Women's Health Center, DR. LENDOL L. DAVIS,
ALAMO CITY SURGERY CENTER PLLC d/b/a
Alamo Women's Reproductive Services, and
NOVA HEALTH SYSTEMS, INC. d/b/a
Reproductive Services,
          Plaintiffs,

-vs-                                    Case No. A-16-CA-1300-SS

JOHN HELLERSTEDT, M.D., Commissioner of
the Texas Department of State Health Services, in
his official capacity,
          Defendant.

**FILED**
JAN 0 4 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
          DEPUTY

## ORDER

BE IT REMEMBERED on the 3rd and 4th days of January 2017, the Court held a hearing in the above-styled cause, and the parties appeared in person and through counsel. The hearing included two days of witness testimony followed by closing arguments. The earliest opportunity for this Court to issue a complete ruling on the evidence presented at the hearing is January 27, 2017, as the Court's schedule includes a civil jury trial, criminal sentencings, and another preliminary injunction hearing in the battle between the State of Texas and healthcare providers relating to the medical services offered to women. Thus, the Court issues the following orders confirming its oral pronouncement:

IT IS ORDERED that the Amendments to §§ 1.132–1.136 of the Texas Administrative Code shall not be effective until January 27, 2017 or until further ordered; and

IT IS FINALLY ORDERED that the parties may submit additional briefing, including findings of fact and conclusions of law, no later than January 12, 2017.

SIGNED this the 4th day of January 2017.

/Sam Sparks
SAM SPARKS
UNITED STATES DISTRICT JUDGE