IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2017 JAN 27  PM 4: 46
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
        DEPUTY

WHOLE WOMAN'S HEALTH, BROOKSIDE
WOMEN'S MEDICAL CENTER PA d/b/a
Brookside Women's Health Center and Austin
Women's Health Center, DR. LENDOL L. DAVIS,
ALAMO CITY SURGERY CENTER PLLC d/b/a
Alamo Women's Reproductive Services, and
NOVA HEALTH SYSTEMS, INC. d/b/a
Reproductive Services,
           Plaintiffs,

-vs-                                                  Case No. A-16-CA-1300-SS

JOHN HELLERSTEDT, M.D., Commissioner of
the Texas Department of State Health Services, in
his official capacity,
           Defendant.

### ORDER OF JUDGMENT

BE IT REMEMBERED on this day, the Court entered an order in the above-styled cause granting Plaintiffs' motion for a preliminary injunction, and thereafter enters the following:

IT IS ORDERED, ADJUDGED, and DECREED that Defendant John Hellerstedt, as Commissioner of the Texas Department of State Health Services, in his official capacity, is PRELIMINARILY ENJOINED from implementing the Amendments to Title 25 of the Texas Administrative Code §§ 1.132–1.136. The preliminary injunction will remain in force until further ordered; and

IT IS FURTHER ORDERED that the parties confer and submit a proposed scheduling order specifying the time period requested for necessary discovery for the Court's consideration within THIRTY (30) DAYS from the entry of this order. The Court will then

schedule a trial date. A form scheduling order is available at http://www.txwd.uscourts.gov/USDC%20Rules/StandingOrders/Austin/sched-ss.pdf.

SIGNED this the 27th day of January 2017.

/s/ Sam Sparks
SAM SPARKS
UNITED STATES DISTRICT JUDGE