IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| WHOLE WOMAN'S HEALTH, ET AL.,  §<br>    *Plaintiffs*, §<br>§<br>v. §<br>§<br>JOHN HELLERSTEDT, M.D., §<br>    *Defendant*. § | CIVIL ACTION NO. 1:16-cv-01300-SS |

## DEFENDANT'S NOTICE OF APPEAL

Defendant John Hellerstedt, M.D., in his official capacity as Commissioner of the Texas Department of State Health Services, appeals to the United States Court of Appeals for the Fifth Circuit from the Order Granting Preliminary Injunction entered on January 27, 2017 (Doc. 49).

        Respectfully submitted,

        KEN PAXTON
        Attorney General of Texas

        JEFFREY C. MATEER
        First Assistant Attorney General

        BRANTLEY STARR
        Deputy First Assistant Attorney General

        JAMES E. DAVIS
        Deputy Attorney General for Civil Litigation

        NICHOLE BUNKER-HENDERSON
        Chief, Administrative Law Division

/s/ John S. Langley
JOHN S. LANGLEY
Assistant Attorney General
Texas Bar No. 11919250

CRAIG M. WARNER
Assistant Attorney General
BETH KLUSMANN
Assistant Solicitor General
TODD LAWRENCE DISHER
Special Counsel for Civil Litigation

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 936-7935
Facsimile: (512) 320-0167
*John.Langley@oag.texas.gov*

***Attorneys for Defendant***

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 23rd day of February 2017 a true and complete copy of the above and foregoing document was served on the following via the Court's CM/ECF system and/or by electronic mail:

Patrick J. O'Connell
Law Offices of Patrick J. O'Connell PLLC
2525 Wallingwood, Bldg. 14
Austin, Texas 78746
pat@pjofca.com

David Brown
Stephanie Toti
Molly Duane
Center for Reproductive Rights
199 Water St. 22nd Floor
New York, NY 10038
dbrown@reprorights.org
stoti@reprorights.org
mduane@reprorights.org

J. Alexander Lawrence
Morrison & Foerster LLP
250 W. 55th Street
New York, NY 10019
alawrence@mofo.com

/s/ John S. Langley
JOHN S. LANGLEY
Assistant Attorney General