IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| WHOLE WOMAN'S HEALTH, ET AL., §<br>*Plaintiffs*, §<br>§<br>v. §<br>§<br>JOHN HELLERSTEDT, M.D., §<br>*Defendant*. § | CIVIL ACTION NO. 1:16-cv-01300-SS |

**JOINT STATUS REPORT**

The Parties file this Joint Status Report pursuant to this Court's Order granting Defendant's Motion to Stay, signed March 15, 2017. Accordingly, the Parties report to the Court as follows:

This case is currently on appeal at the United States Court of Appeals for the Fifth Circuit. Defendant/Appellant Hellerstedt filed his brief on May 30, 2017. On June 8, 2017, Plaintiffs/Appellees moved to lift the stay imposed by this Court and separately moved to dismiss the appeal, in light of newly-enacted legislation, for the reasons set forth in their motion filed with this Court. Defendant opposes Plaintiffs' Motion to Lift Stay in this Court as well as Plaintiffs' Motion to Dismiss and to Stay Briefing in the Fifth Circuit Court of Appeals. Hellerstedt's responses to these motions will be filed in the Fifth Circuit Court of Appeals and this Court by June 15, 2017. In the interim, on June 12, 2017, the Fifth Circuit suspended the briefing schedule pending its consideration of the Plaintiffs' Motion to Dismiss.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

NICHOLE BUNKER-HENDERSON
Chief, Administrative Law Division


/s/ *John S. Langley*
JOHN S. LANGLEY
Assistant Attorney General
Texas Bar No. 11919250

CRAIG M. WARNER
Assistant Attorney General
BETH KLUSMANN
Assistant Solicitor General
TODD LAWRENCE DISHER
Special Counsel for Civil Litigation

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 936-7935
Facsimile: (512) 320-0167
*John.Langley@oag.texas.gov*
**Attorneys for Defendant**

/s/ *Patrick J. O'Connell*
PATRICK J. O'CONNELL
Law Offices of Patrick J. O'Connell PLLC
2525 Wallingwood Drive, Bldg. 14
Austin, Texas 78746
(512) 222-0444
pat@pjofca.com

J. ALEXANDER LAWRENCE*
Morrison & Foerster LLP
250 W. 55th Street
New York, NY 10019
(212) 336-8638
alawrence@mofo.com

DAVID BROWN*
MOLLY DUANE*
Center for Reproductive Rights
199 Water St. 22nd Floor
New York, NY 10038
(917) 637-3653
dbrown@reprorights.org
mduane@reprorights.org

STEPHANIE TOTI
Law Office of Stephanie Toti
88 Atlantic Ave., Ste. 1B
Brooklyn, NY 11201
(516) 967-4110
stephanie_toti@outlook.com

***Attorneys for Plaintiffs***

*admitted *pro hac vice*

**CERTIFICATE OF CONFERENCE**

I certify that on June 7 through June 12, 2017, I conferred with counsel for Plaintiffs, who concur with this report.

/s/ *John S. Langley*
JOHN S. LANGLEY
Assistant Attorney General

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on this 13th day of June 2017 a true and correct copy of the above and foregoing document was served on the following counsel of record via the Court's CM/ECF system and/or by electronic mail:

Patrick J. O'Connell
Law Offices of Patrick J. O'Connell PLLC
2525 Wallingwood, Bldg. 14
Austin, Texas 78746
pat@pjofca.com

David Brown
Molly Duane
Center for Reproductive Rights
199 Water St. 22nd Floor
New York, NY 10038
dbrown@reprorights.org
mduane@reprorights.org

J. Alexander Lawrence
Morrison & Foerster LLP
250 W. 55th Street
New York, NY 10019
alawrence@mofo.com

Stephanie Toti
Law Office of Stephanie Toti
88 Atlantic Ave., Ste. 1B
Brooklyn, NY 11201
stephanie_toti@outlook.com

/s/ *John S. Langley*
JOHN S. LANGLEY
Assistant Attorney General