IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| WHOLE WOMAN'S HEALTH, ET AL., §<br>    *Plaintiffs*, §<br>§<br>v. §<br>§   CIVIL ACTION NO. 1:16-cv-01300-SS<br>§<br>JOHN HELLERSTEDT, M.D., §<br>    *Defendant*. § | |

## JOINT STATUS REPORT

The Parties file this Joint Status Report pursuant to this Court's Order granting Defendant's Motion to Stay, signed March 15, 2017. Accordingly, the Parties report to the Court as follows:

This case is currently on appeal at the United States Court of Appeals for the Fifth Circuit. On June 8, 2017, Plaintiffs moved to dismiss the appeal in light of the enactment of Senate Bill 8 ("SB 8"). The Court of Appeals denied that motion on June 20, 2017.

The appeal has been fully briefed on the merits since July 19, 2017. Both parties have requested oral argument. Oral argument has not yet been calendared. The Fifth Circuit has already set its October schedule, and has rescheduled to November an August panel postponed due to Hurricane Harvey.

Plaintiffs' opposed motion before this Court to lift the stay in light of SB 8, also filed June 8, 2017, remains pending.

Regulations implementing the provisions of SB 8 governing the "dispos[ition] of embryonic and fetal tissue remains" are due to be proposed for public notice and comment no later than November 1, 2017, *see* Tex. Gov't Code §§ 2001.023-.024 (Tex. Admin. P. Act). They are due to be finalized no later than December 1, 2017. SB 8, § 18 (ECF No. 70 at 31). Defendant avers these timelines may be impacted by delays related to addressing the immediate concerns on

a state-wide basis caused by Hurricane Harvey. The effective date of the provisions of SB 8, creating Chapter 697 of the Health and Safety Code applicable to the disposition of embryonic and fetal tissue remains, is February 1, 2018.

Respectfully submitted,

/s/ Patrick J. O'Connell
PATRICK J. O'CONNELL
Law Offices of Patrick J. O'Connell PLLC
2525 Wallingwood Drive, Bldg. 14
Austin, Texas 78746
(512) 222-0444
pat@pjofca.com

J. ALEXANDER LAWRENCE*
Morrison & Foerster LLP
250 W. 55th Street
New York, NY 10019
(212) 336-8638
alawrence@mofo.com

DAVID BROWN*
MOLLY DUANE*
Center for Reproductive Rights
199 Water St. 22nd Floor
New York, NY 10038
(917) 637-3653
dbrown@reprorights.org
mduane@reprorights.org

STEPHANIE TOTI
Law Office of Stephanie Toti
88 Atlantic Ave., Ste. 1B
Brooklyn, NY 11201
(516) 967-4110
stephanie_toti@outlook.com

*Attorneys for Plaintiffs*

*admitted *pro hac vice*

/s/ John S. Langley
JOHN S. LANGLEY
Assistant Attorney General
Texas Bar No. 11919250

CRAIG M. WARNER
Assistant Attorney General
BETH KLUSMANN
Assistant Solicitor General
TODD LAWRENCE DISHER
Special Counsel for Civil Litigation

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 936-7935
Facsimile: (512) 320-0167
*John.Langley@oag.texas.gov*
*Attorneys for Defendant*

**CERTIFICATE OF CONFERENCE**

I certify that on September 6th and 11th, I conferred with Counsel for Defendant, who concur with this report.

>	*/s/ David Brown*
>	DAVID BROWN
>	Counsel for Plaintiff

**CERTIFICATE OF FILING AND SERVICE**

I certify that on this 11th day of September, 2017, I electronically filed a copy of the above document with the Clerk of the Court using the CM/ECF system, which will send notification to counsel of record.

>	*/s/ David Brown*
>	DAVID BROWN
>	Counsel for Plaintiff