# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

December 06, 2017

Ms. Jeannette Clack
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 17-50154    Whole Woman's Health, et al v. John Hellerstedt
                        USDC No. 1:16-CV-1300 SS

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate.

                                  Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Nancy F. Dolly, Deputy Clerk
                                    504-310-7683

cc w/encl:
    Ms. Lori Ann Alvino McGill
    Mr. Kenneth Michael Argentieri
    Mr. David Patrick Brown
    Mrs. Molly Rose Duane
    Mr. Scott A. Keller
    Mr. Rakesh Kilaru
    Ms. Beth Ellen Klusmann
    Mrs. Susan J. Kohlmann
    Mr. Joseph Alexander Lawrence
    Ms. Jane Metcalf
    Mr. Patrick J. O'Connell
    Ms. Caroline Marie Sacerdote
    Mr. Saul B. Shapiro
    Ms. Priscilla Joyce Smith
    Ms. Stephanie Toti

A True Copy
Certified order issued Dec 06, 2017

*Tyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-50154

_____

WHOLE WOMAN'S HEALTH; BROOKSIDE WOMEN'S MEDICAL CENTER, P.A., doing business as Brookside Women's Health Center and Austin Women's Health Center; LENDOL L. DAVIS, M.D.; ALAMO CITY SURGERY CENTER, P.L.L.C., doing business as Alamo Women's Reproductive Services; NOVA HEALTH SYSTEMS, INCORPORATED, doing business as Reproductive Services,

    Plaintiffs - Appellees

v.

DOCTOR JOHN HELLERSTEDT, M.D.,

    Defendant - Appellant

_____

Appeal from the United States District Court
for the Western District of Texas

_____

CLERK'S OFFICE:

    Under FED R. APP. P. 42(b), the appeal is dismissed as of December 06, 2017, pursuant to appellant's unopposed motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Nancy F. Dolly, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT