IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| WHOLE WOMAN'S HEALTH, et al., § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> JOHN HELLERSTEDT, M.D., § <br> *Defendant*. § | Civil Action No. 1:16-cv-01300-DAE |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFFS' SECOND MOTION FOR
A PRELIMINARY INJUNCTION, OR IN THE ALTERNATIVE
A TEMPORARY RESTRAINING ORDER**

TO THE HONORABLE U.S. DISTRICT JUDGE DAVID ALAN EZRA:

Defendant John Hellerstedt, M.D., in his official capacity as Commissioner of the Texas Department of State Health Services (Defendant), files this Unopposed Motion for Extension of Time to Respond to Plaintiffs' Second Motion for a Preliminary Injunction, or in the Alternative a Temporary Restraining Order (Second Motion for a Preliminary Injunction).  *See* DE 96.

Plaintiffs filed their First Amended Complaint on December 22, 2017.  *See* DE 93.  On January 3, 2018, Plaintiffs filed their Second Motion for a Preliminary Injunction.  *See* DE 96.  Due to the nature of the issues involved in this case, the parties agreed to exceed the page limitations for their briefing related to Plaintiffs' Second Motion for a Preliminary Injunction.  *See* DE 95 (Joint Motion to Exceed Page Limits); DE 97 (Order Granting Joint Motion to Exceed Page Limits).  Defendant filed his Second Amended Answer to Plaintiffs' First Amended Complaint today.  *See* DE 100.

Plaintiffs' Second Motion for a Preliminary Injunction raises numerous issues regarding the constitutionality of various statutory and regulatory provisions governing the disposition of embryonic and fetal tissue remains. Defendant wishes to provide this Court with thorough briefing on these important issues. Accordingly, Defendant requests this Court to extend Defendant's deadline to file a Response to Plaintiffs' Second Motion for a Preliminary Injunction to **Wednesday, January 17, 2018**.

This request is not sought for purpose of delay and will not prejudice any parties to this case. Counsel for Defendant has conferred with Plaintiffs' counsel regarding the relief requested in this Motion. Plaintiffs' counsel does not oppose the requested extension, provided that Defendant notify the Court of the following: (1) Plaintiffs requested Defendant to agree to a one-week Temporary Restraining Order "as an accommodation to the Court," and Defendant did not agree to that request; and (2) Plaintiffs intend to file a Reply to Defendant's Response within the time contemplated by the applicable rules.

## CONCLUSION AND PRAYER

For the foregoing reasons, Defendant requests this Court to extend the deadline for Defendant to file a Response to Plaintiffs' Second Motion for a Preliminary Injunction to **Wednesday, January 17, 2018**.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

*/s/ Benjamin S. Walton*
DARREN MCCARTY
Special Counsel for Civil Litigation
Texas Bar No. 24007631
AUSTIN R. NIMOCKS
Special Counsel for Civil Litigation
Texas Bar No. 24002695
BETH KLUSMANN
Assistant Solicitor General
Texas Bar No. 24036918
KARA HOLSINGER
Assistant Attorney General
Texas Bar No. 24065444
BENJAMIN S. WALTON
Assistant Attorney General
Texas Bar No. 24075241

OFFICE OF THE ATTORNEY GENERAL
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4300
Facsimile: (512) 320-0167
Darren.McCarty@oag.texas.gov
Austin.Nimocks@oag.texas.gov
Beth.Klusmann@oag.texas.gov
Kara.Holsinger@oag.texas.gov
Benjamin.Walton@oag.texas.gov

**Counsel for Defendant**

## CERTIFICATE OF CONFERENCE

I certify that on January 5, 2018, I conferred with David Brown, counsel for Plaintiffs, regarding the relief requested in this Motion. Plaintiffs' counsel is unopposed to the relief requested in this Motion.

                                        */s/ Benjamin S. Walton*
                                        BENJAMIN S. WALTON
                                        Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2018, a true and correct copy of this document was electronically filed using the Court's CM/ECF system, which will send notification of such filing to the following counsel of record:

David Brown
Dipti Singh
Stephani Toti
THE LAWYERING PROJECT
25 Broadway, 9th Fl.
New York, NY 10004
dbrown@lawyeringproject.org
dsingh@lawyeringproject.org
stoti@lawyeringproject.org

J. Alexander Lawrence
MORRISON & FOERSTER LLP
250 W. 55th Street
New York, NY 10019
alawrence@mofo.com

Molly Duane
CENTER FOR REPRODUCTIVE RIGHTS
199 Water St. 22nd Floor
New York, NY 10038
mduane@reprorights.org

Patrick J. O'Connell
LAW OFFICES OF PATRICK J. O'CONNELL PLLC
2525 Wallingwood, Bldg. 14
Austin, Texas 78746
pat@pjofca.com

                                        */s/ Benjamin S. Walton*
                                        BENJAMIN S. WALTON
                                        Assistant Attorney General