IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

WHOLE WOMAN'S HEALTH, et al.,
Plaintiffs

-vs-

JOHN HELLERSTEDT, M.D.,
Defendant

Case No. 1:16-cv-1300-DAE

FILED
18 JAN -9 PM 4:59
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ NP

## ORDER

BE IT REMEMBERED on this the 9th day of January, 2018, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Autumn C. Katz ("Applicant"), counsel for Alamo City Surgery Center PLLC, Brookside Women's Medical Center PA, Lendol L. Davis, M.D., Bhavik Khumar, Nova Health Systems, Inc., and Whole Woman's Health and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of Alamo City Surgery Center PLLC, Brookside Women's Medical Center PA, Lendol L. Davis, M.D., Bhavik Khumar, Nova Health Systems, Inc., and Whole Woman's Health in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the 9th day of January 2018.

_____
UNITED STATES DISTRICT JUDGE