IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| WHOLE WOMAN'S HEALTH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | CASE NO. 1:16-CV-01300-DAE-AWA |
| CHARLES SMITH, M.D., ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFFS' TRIAL EXHIBIT LIST

Pursuant to the Court's Scheduling Order (Dkt. #115), Plaintiffs, by and through their counsel, hereby identify the following exhibits (except those to be used for impeachment only) that they expect to offer into evidence at trial in this matter:

| Date | Description |
|---|---|
| | Tex. Health & Safety Code, ch. 697 |
| | Legislative History, Senate Bill 8, 85th Reg. Leg. Sess. |
| July 1, 2016 | Proposed Rules, Title 25, Part 1, Chapter 1, Subchapter K, 41 Tex. Reg. 4772-78 |
| Sept. 30, 2016 | Proposed Rules, Title 25, Part 1, Chapter 1, Subchapter K, 41 Tex. Reg. 7659-65 |
| Dec. 9, 2016 | Adopted Rules, Title 25, Part 1, Chapter1, Subchapter K, 41 Tex. Reg. 9709-41 |
| | Redlined version of Amendments to Texas Administrative Code, Title 25, Part 1, Chapter1, Subchapter K |
| Nov. 11, 2017 | Proposed Rules, Title 25, Part 1, Chapter 138, 42 Tex. Reg. 6469-73 |
| Jan. 26, 2018 | Adopted Rules, Title 25, Part 1, Chapter 138, 43 Tex. Reg. 465-73 |
| | Burial or Cremation Assistance Registry |

Plaintiffs further identify the following exhibits (except those to be used for impeachment only) that they may offer if the need arises:

| Date | Description |
|---|---|
| July, 2016 | Statement from Governor Greg Abbot |

| Date | Description |
|---|---|
| Dec., 2007 | Committee Opinion, Obstetrics & Gynecology, Vol. 110, No.6 |
| April 21, 2014 | College of American Pathologists, Laboratory General Checklist |
| April 28, 2016 | Notice of Public Hearing of House of Representatives |
| April 28, 2016 | Witness List for State Affairs Committee |
| July 20, 2016 | Letter from Texas Health & Human Services to Representative Donna Howard |
| Oct. 13, 2016 | E-mail and letter from ACLU for a Public Information Act Request |
| April 2, 2018 | Curriculum Vitae for Karen G. Swenson, M.D. |
| April 2, 2018 | Curriculum Vitae for Thomas V. Cunningham, Ph.D., M.A., M.S. |
| April 2, 2018 | Curriculum Vitae for Jane Maienschein, Ph.D. |
| April 2, 2018 | Curriculum Vitae for Bhavik Kumar, M.D., M.P.H. |
| April 2, 2018 | Curriculum Vitae for Lendol L. ("Tad") Davis, M.D. |

Plaintiffs reserve the right to identify and introduce additional exhibits, including but not limited to exhibits that become identified in discovery, which is ongoing; demonstrative exhibits prepared for trial; or exhibits added or withdrawn in response to proposed exhibits identified by Defendant, the parties' agreements, or this Court's rulings on any pre-trial motions.

Dated: April 2, 2018

Respectfully submitted,

*/s/ David Brown*

| | |
|---|---|
| David Brown* | Molly Duane* |
| Dipti Singh* | Autumn Katz* |
| Stephanie Toti | Caroline Sacerdote* |
| LAWYERING PROJECT | CENTER FOR REPRODUCTIVE RIGHTS |
| 25 Broadway, 9th Floor | 199 Water Street, 22nd Floor |
| New York, NY 10004 | New York, NY 10038 |
| (914) 297-8704 | (917) 637-3631 |
| dbrown@lawyeringproject.org | mduane@reprorights.org |
| dsingh@lawyeringproject.org | akatz@reprorights.org |
| stoti@lawyeringproject.org | csacerdote@reprorights.org |
| | |
| J. Alexander Lawrence* | Patrick J. O'Connell |
| MORRISON & FOERSTER LLP | LAW OFFICES OF PATRICK J. O'CONNELL, PLLC |
| 250 W. 55th Street | 2525 Wallingwood Drive, Bldg. 14 |
| New York, NY 10019 | Austin, TX 78746 |
| (212) 336-8638 | (512) 222-0444 |
| alawrence@mofo.com | pat@pjofca.com |

*Attorneys for Plaintiffs*

*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

  I hereby certify that on April 2, 2018, the foregoing was served on all counsel of record by email.

                  _/S/ David Brown_____

                  David Brown