**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| WHOLE WOMAN'S HEALTH, et al.,<br>*Plaintiffs*,<br><br>v.<br><br>CHARLES SMITH, EXECUTIVE COMMISSIONER OF THE TEXAS HEALTH AND HUMAN SERVICES COMMISSION, IN HIS OFFICIAL CAPACITY,<br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:16-cv-01300-DAE-AWA |

**DEFENDANT'S FIRST AMENDED DESIGNATION OF POTENTIAL WITNESSES AND TESTIFYING EXPERTS**

Defendant Charles Smith, in his official capacity as Executive Commissioner of the Texas Health and Human Services Commission (Defendant), files this First Amended Designation of Potential Witnesses and Testifying Experts. Defendant notes that discovery is ongoing and reserves the right to amend and/or supplement this list until the final witness list is due pursuant to Court order. Subject to the foregoing, Defendant may call the following individuals to testify in this matter:

1. Representatives of each institutional Plaintiff
2. Plaintiff Dr. Bhavik Kumar
3. Plaintiff Dr. Lendol L. Davis
4. David Kostroun
5. Jennifer Carr Allmon
6. Janice McCoy
7. Jimmy Shields

8. Morgan Cook

9. Deacon Charlie Stump

10. Johnny Garcia

11. Individual employed by the Texas Commission on Environmental Quality regarding applicable rules

12. Any individual or entity that has received a subpoena from the Plaintiffs in this matter

**Testifying Experts:**

13. Mikeal Love, M.D. (Testifying Expert)

14. Farr A. Curlin, M.D. (Testifying Expert)

15. Aasim I. Padela, M.D., M.Sc., FACEP (Testifying Expert)

16. Testifying experts designated by Plaintiffs

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

*/s/Darren McCarty*
DARREN MCCARTY
Special Counsel for Civil Litigation
Texas Bar No. 24007631
AUSTIN R. NIMOCKS
Special Counsel for Civil Litigation
Texas Bar No. 24002695
ADAM ARTHUR BIGGS
Special Counsel for Civil Litigation
Texas Bar No. 24077727
BETH KLUSMANN
Assistant Solicitor General
Texas Bar No. 24036918
KARA HOLSINGER
Assistant Attorney General
Texas Bar No. 24065444
BENJAMIN S. WALTON
Assistant Attorney General
Texas Bar No. 24075241

OFFICE OF THE ATTORNEY GENERAL
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4300
Facsimile: (512) 320-0167
Darren.McCarty@oag.texas.gov
Austin.Nimocks@oag.texas.gov
Adam.Biggs@oag.texas.gov
Beth.Klusmann@oag.texas.gov
Kara.Holsinger@oag.texas.gov
Benjamin.Walton@oag.texas.gov

***Counsel for Defendant***

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2018, a true and correct copy of this document was electronically filed using the Court's CM/ECF system, which will send notification of such filing to all counsel of record, including the following:

David Brown
Dipti Singh
Stephani Toti
THE LAWYERING PROJECT
25 Broadway, 9th Fl.
New York, NY 10004
Fax: (646) 480-8852
dbrown@lawyeringproject.org
dsingh@lawyeringproject.org
stoti@lawyeringproject.org

Molly Duane
Caroline Sacerdote
Autumn Katz
CENTER FOR REPRODUCTIVE RIGHTS
199 Water St. 22nd Floor
New York, NY 10038
Fax: (917) 637-3666
mduane@reprorights.org
csacerdote@reprorights.org
akatz@reprorights.org

J. Alexander Lawrence
MORRISON & FOERSTER LLP
250 W. 55th Street
New York, NY 10019
Fax: (212) 468-7900
alawrence@mofo.com

Patrick J. O'Connell
LAW OFFICES OF PATRICK J. O'CONNELL PLLC
2525 Wallingwood, Bldg. 14
Austin, Texas 78746
pat@pjofca.com

*/s/ Darren McCarty*
DARREN MCCARTY
Special Counsel for Civil Litigation