**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| WHOLE WOMAN'S HEALTH, et al., <br><br>    *Plaintiffs*, <br><br>v. <br><br>CHARLES SMITH, et al., <br><br>    *Defendants*. | A-16-CV-1300-DAE |

**NOTICE OF APPEAL**

Notice is hereby given that the Texas Conference of Catholic Bishops, Non-Party Movants in the above-captioned case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the following:

1. Order denying Texas Catholic Conference of Bishops' Opposed Motion to Quash (Dkt. 161, entered June 13, 2018).

2. Order denying Texas Catholic Conference of Bishops' Statement of Appeal and further ordering that Texas Conference of Catholic Bishops produce emails within 24 hours (Dkt. 168, entered June 17, 2018).

Respectfully submitted,

By: /s/ Steven C. Levatino
    Steven C. Levatino
    State Bar No. 12245250
    steven@lpfirm.com
    Andrew F. MacRae
    State Bar No. 00784510
    andrew@lpfirm.com
    **LEVATINO | PACE PLLC**
    1101 S. Capital of Texas Hwy.
    Building K, Suite 125
    Austin, Texas 78746
    (512) 637-1581
    (512) 637-1583 (Fax)

**ATTORNEYS FOR TEXAS CATHOLIC CONFERENCE OF BISHOPS**

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 17, 2018, I served the foregoing document via the Court's CM/ECF system to all parties registered to receive such notice.

                                                                                            _/s/ Steven C. Levatino_
                                                                                           Steven C. Levatino