United States District Court
Western District of Texas
Austin
**Deficiency Notice**

| | |
|---|---|
| To: | Brown, David P. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Friday, June 29, 2018 |
| Re: | 01:16-CV-01300-DAE / Doc # 181 / Filed On: 06/29/2018 01:58 PM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY.** When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Your certificate of service reflects service of document via CM/ECF. Pursuant to the Administrative Policies and Procedures Sec. 10(b), sealed documents are not served via ECF and require service to parties via other means. Please file just a Corrected CERTIFICATE OF SERVICE IN PLEADING FORM stating the alternate means of service employed. Do not use a sealed event for the corrected certificate.