# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| WHOLE WOMAN'S HEALTH, et al., § <br>    *Plaintiffs*, § <br> § <br> v. § <br> § <br> CHARLES SMITH, EXECUTIVE § <br> COMMISSIONER OF THE TEXAS § <br> HEALTH AND HUMAN SERVICES § <br> COMMISSION, IN HIS OFFICIAL § <br> CAPACITY, § <br>    *Defendant*. § | Civil Action No. 1:16-cv-01300-DAE |

## DEFENDANT'S NOTICE OF APPEAL

Defendant Charles Smith, in his official capacity as Executive Commissioner of the Texas Health and Human Services Commission, appeals to the United States Court of Appeals for the Fifth Circuit from the Memorandum Opinion Incorporating Findings of Fact and Conclusions of Law (Doc. 252) and Judgment (Doc. 253) entered in the above-referenced cause of action on September 5, 2018.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

/s/ Darren McCarty
DARREN MCCARTY
Special Counsel for Civil Litigation
Texas Bar No. 24007631
AUSTIN R. NIMOCKS
Special Counsel for Civil Litigation
Texas Bar No. 24002695
ADAM ARTHUR BIGGS
Special Counsel for Civil Litigation
Texas Bar No. 24077727
BETH KLUSMANN
Assistant Solicitor General
Texas Bar No. 24036918
KARA HOLSINGER
Assistant Attorney General
Texas Bar No. 24065444
BENJAMIN S. WALTON
Assistant Attorney General
Texas Bar No. 24075241

OFFICE OF THE ATTORNEY GENERAL
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4300
Facsimile: (512) 320-0167
Darren.McCarty@oag.texas.gov
Austin.Nimocks@oag.texas.gov
Adam.Biggs@oag.texas.gov
Beth.Klusmann@oag.texas.gov
Kara.Holsinger@oag.texas.gov
Benjamin.Walton@oag.texas.gov

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 5, 2018, a true and correct copy of this document was electronically filed using the Court's CM/ECF system, which will send notification of such filing to all counsel of record, including the following:

| | |
|---|---|
| David Brown | Molly Duane |
| Dipti Singh | Caroline Sacerdote |
| Stephani Toti | Autumn Katz |
| Juanluis Rodriguez | Emily B. Nestler |
| THE LAWYERING PROJECT | CENTER FOR REPRODUCTIVE RIGHTS |
| 25 Broadway, 9th Fl. | 199 Water St. 22nd Floor |
| New York, NY 10004 | New York, NY 10038 |
| Fax: (646) 480-8852 | Fax: (917) 637-3666 |
| dbrown@lawyeringproject.org | mduane@reprorights.org |
| dsingh@lawyeringproject.org | csacerdote@reprorights.org |
| stoti@lawyeringproject.org | akatz@reprorights.org |
| prodriguez@lawyeringproject.org | enestler@reprorights.org |
| | |
| J. Alexander Lawrence | Patrick J. O'Connell |
| MORRISON & FOERSTER LLP | LAW OFFICES OF PATRICK J. O'CONNELL PLLC |
| 250 W. 55th Street | 2525 Wallingwood, Bldg. 14 |
| New York, NY 10019 | Austin, Texas 78746 |
| Fax: (212) 468-7900 | pat@pjofca.com |
| alawrence@mofo.com | |

                                          */s/ Darren McCarty*
                                          DARREN MCCARTY
                                          Special Counsel for Civil Litigation