IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| WHOLE WOMAN'S HEALTH, *et al.*, | ) |
| Plaintiffs, | ) CIVIL ACTION |
| v. | ) Case No. 1:16-CV-01300-DAE-AWA |
| CHARLES SMITH, | ) |
| Defendant. | ) |

**ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE CLAIM FOR ATTORNEY'S FEES AND PROPOSED BILL OF COSTS**

Having considered the Plaintiffs' Motion for Extension of Time to File Claim for Attorney's Fees and Proposed Bill of Costs, and good cause being shown therefor,

IT IS ORDERED that the Plaintiffs' time to file a fee application and a proposed bill of costs is extended until thirty (30) days after the exhaustion of all appeals in this matter, including any review or requests for review by an en banc court or the United States Supreme Court.

SIGNED this 10 day of September, 2018.

_____