# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 19, 2019

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

    Re:  Whole Woman's Health, et al.
           v. Texas Catholic Conference of Bishops, et al.
           No. 18-622
           (Your No. 18-50484)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

February 19, 2019

Ms. Jeannette Clack
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 18-50484    Whole Woman's Health, et al v. Charles Smith
                           USDC No. 1:16-CV-1300

Dear Ms. Clack,

Enclosed is a copy of the Supreme Court order denying certiorari.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Charlene A. Vogelaar, Deputy Clerk
                            504-310-7648