# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 25, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 18-50484    Whole Woman's Health, et al v. Charles Smith
                    USDC No. 1:16-CV-1300

Enclosed is an order entered in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Mary Frances Yeager, Deputy Clerk
                              504-310-7686

Mr. Joshua Michael Blackman
Mr. Daniel Howard Blomberg
Mr. Richard Arthur Bordelon
Mr. David Patrick Brown
Ms. Jeannette Clack, Clerk
Mr. Joseph Charles Davis
Mrs. Molly Rose Duane
Mr. Joseph Alexander Lawrence
Mr. Steven Charles Levatino
Mr. Andrew Fairles MacRae
Mr. Darren Lee McCarty
Mr. Daniel Ortner
Mr. Eric C. Rassbach
Ms. Caroline Marie Sacerdote
Ms. Stephanie Toti
Ms. Diana Verm
Mr. Scott Weatherford

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

—————

No. 18-50484

—————

WHOLE WOMAN'S HEALTH; BROOKSIDE WOMEN'S MEDICAL
CENTER, P.A., doing business as Brookside Women's Health Center and
Austin Women's Health Center; LENDOL L. DAVIS, M.D.; ALAMO CITY
SURGERY CENTER, P.L.L.C., doing business as Alamo Women's
Reproductive Services; WHOLE WOMAN'S HEALTH ALLIANCE;
DR. BHAVIK KHUMAR,

        Plaintiffs - Appellees

v.

CHARLES SMITH, Executive Commissioner of the Texas Health and Human
Services Commission, in his official capacity,

        Defendant - Appellee

v.

TEXAS CATHOLIC CONFERENCE,

        Movant - Appellant

—————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:16-cv-1300

—————

Before JONES, COSTA, and HO, Circuit Judges.

PER CURIAM:

No. 18-50484

IT IS ORDERED that the Texas Catholic Conference of Bishops' opposed motion for costs under Federal Rule of Civil Procedure 45 is DISMISSED without prejudice to the district court's consideration of all cost issues.

IT IS FURTHER ORDERED that, although the Texas Catholic Conference of Bishops has expressed sincere concerns given the contentious history of this issue, the motion to assign a different district judge to decide the valid Rule 45 motion for costs is DENIED.