UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WHOLE WOMAN'S HEALTH, *et. al.*, | § | No. 1:16-CV-01300-DAE |
|     Plaintiffs, | § | |
| vs. | § | |
| | § | |
| CECILE ERWIN YOUNG, Executive | § | |
| Commissioner of the Texas Health and | § | |
| Human Services Commission, in her | § | |
| official capacity, | § | |
|     Defendant. | | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is a Joint Stipulation of Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), filed on August 17, 2022. (Dkt. # 275.) Upon the Court's review of that stipulation, the Court hereby **DISMISSES** this action **WITHOUT PREJUDICE**. It is further **ORDERED** that all parties shall bear their own fees and costs.

The Clerk is **INSTRUCTED TO CLOSE THIS CASE**.

DATED: Austin, Texas, August 23, 2022.

Daivd Alan Ezra
Senior United States District Judge